IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

*IN RE:*

**KAREN BARRETO CRUZ**

*CASE NO.: 19-06490*

*DEBTOR(S)*

*CHAPTER 13*

**MOTION IN COMPLIANCE WITH ORDER
(DOCKET 59)**

TO THE HONORABLE COURT:

Come(s) debtor(s) represented by the undersigned attorney and most respectfully EXPOSE(S) and PRAY(S):

1- This Honorable Court issued an order granting creditor Consejo de Titulares Cala de Hucares and debtor 21 days to inform or submit a stipulation regarding the post-petition payments included in the POC 13 filed by Consejo de Titulares. See docket 59.

2- That the above issue is the only matter pending for confirmation of this case.

3- After discussing the issue with the debtor we are informing that the post petition payments will be paid directly to the creditor on this same date.

4- Once we receive evidence of the payment, we will file a Motion requesting the confirmation of the case.

.

WHEREFORE, Debtor(s) respectfully request(s) to this Honorable Court to take notice of the aforementioned.

NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

 I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, today October 15, 2020.

 /s/ JOSÉ Á. LEÓN LANDRAU, ESQ.
JOSÉ Á. LEÓN LANDRAU (131506)
Attorney for Debtor(s)
PO Box 1687
Caguas, PR 00726
Phone: (787) 746-7979
Fax: (787) 961-9348
jleonlandrau@yahoo.com

| | |
|---|---|
| KAREN BARRETO CRUZ<br>325 E CYPRESS STREET<br>KENNETT SQUARE, PA 19348-3176 | FIRST SAVINGS CREDIT<br>500E 60TH ST N<br>SIOUX FALLS, SD 57104 |
| JOSÉ Á. LEÓN LANDRAU<br>LEÓN LANDRAU, C.P.<br>PO BOX 1687<br>CAGUAS, PR 00726 | IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON, DE 19899 | LCDO ISRAEL O. ALICEA LUCIANO<br>CAPITAL CENTER BUILDING SOUTH TOWER<br>239 ARTERIAL HOSTOS AVE SUITE 305<br>SAN JUAN, PR 00918-1476 |
| CAPITAL ONE BANK USA NA<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | MERRICK BANK<br>PO BOX 9201<br>OLD BETHPAGE, NY 11804 |
| CAPITAL ONE BANK USA NA<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | NAVIENT<br>123 JUSTISON STREET<br>3RD FLOOR<br>WILMINGTON, DE 19801 |
| CB INDIGO<br>PO BOX 4499<br>BEARTON OR 97076<br>SALT LAKE CITY, UT 84130-0281 | SCOTIABANK<br>PO BOX 362649<br>SAN JUAN, PR 00936-2649 |
| CONSEJO DE TITULARES CON CALA DEL CARIBE<br>PO BOX 1032<br>NAGUABO, PR 00718 | SYNCB/PPREBAL<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 |
| CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS, NV 89193-8872 | SYNCB/SAMS<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 | |