## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

*IN RE:*

**KAREN BARRETO CRUZ**

*CASE NO.: 19-06490*

*DEBTOR(S)*

*CHAPTER 13*

## AMENDED MOTION
## IN COMPLIANCE WITH ORDER
## (DOCKET 59)

TO THE HONORABLE COURT:

Come(s) debtor(s) represented by the undersigned attorney and most respectfully EXPOSE(S) and PRAY(S):

1- This Honorable Court issued an order granting creditor Consejo de Titulares Cala de Hucares and debtor 21 days to inform or submit a stipulation regarding the post-petition payments included in the POC 13 filed by Consejo de Titulares. See docket 59.

2- That the above issue is the only matter pending for confirmation of this case.

3- After discussing the issue with the debtor we are informing that the post petition payments will be paid directly to the creditor on this same date.

4- Copy of the payments delivered to creditor for post-petition payments are included as an addendum of this motion.

.

WHEREFORE, Debtor(s) respectfully request(s) to this Honorable Court to take notice of the aforementioned.

NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

RESPECTFULLY SUBMITTED.

    In Caguas, Puerto Rico, today November 17, 2020.

/s/ JOSÉ Á. LEÓN LANDRAU, ESQ.
JOSÉ Á. LEÓN LANDRAU (131506)
Attorney for Debtor(s)
PO Box 1687
Caguas, PR 00726
Phone: (787) 746-7979
Fax: (787) 961-9348
jleonlandrau@yahoo.com



KAREN BARRETO CRUZ
325 E CYPRESS STREET
KENNETT SQUARE, PA 19348-3176

FIRST SAVINGS CREDIT
500E 60TH ST N
SIOUX FALLS, SD 57104

JOSÉ Á. LEÓN LANDRAU
LEÓN LANDRAU, C.P.
PO BOX 1687
CAGUAS, PR 00726

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON, DE 19899

LCDO ISRAEL O. ALICEA LUCIANO
CAPITAL CENTER BUILDING SOUTH TOWER
239 ARTERIAL HOSTOS AVE SUITE 305
SAN JUAN, PR 00918-1476

CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY, UT 84130

MERRICK BANK
PO BOX 9201
OLD BETHPAGE, NY 11804

CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY, UT 84130

NAVIENT
123 JUSTISON STREET
3RD FLOOR
WILMINGTON, DE 19801

CB INDIGO
PO BOX 4499
BEARTON OR 97076
SALT LAKE CITY, UT 84130-0281

SCOTIABANK
PO BOX 362649
SAN JUAN, PR 00936-2649

CONSEJO DE TITULARES CON CALA DE NUBE/PAYPAL
PO BOX 1032
NAGUABO, PR 00718

SYNCB/PAYPAL
PO BOX 965005
ORLANDO, FL 32896-5005

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193-8872

SYNCB/SAMS
PO BOX 965005
ORLANDO, FL 32896-5005

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107