```
            UNITED STATES BANKRUPTCY COURT
               DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| **IN RE:** | |
| **KAREN BARRETO CRUZ** | **CASE NO. 19-06490-ESL** |
| **XXX-XX-5348** | **CHAPTER 13** |
| **DEBTOR (S)** | |

**TRUSTEE'S POSITION IN COMPLIANCE WITH COURT ORDER**

**TO THE HONORABLE COURT:**

   **NOW COMES**, José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, very respectfully alleges and prays:

   1. On November 25, 2020, the Court entered the following order: ORDER: The trustee is to state his position within twenty-one (21) days as to Debtors motion in compliance filed on November 17, 2020 (Docket Entry #62). Docket no. 63.

   2. In compliance with Court Order the Trustee hereby respectfully informs that the he is not in a position to validate if the Money Orders attached to the Motion in Compliance with Order in docket no. 62 resolve the issue raised by Consejo De Titulares at the Hearing on Confirmation related to alleged post-petition arrears. If Consejo de Titulares informs that the issue raised at such hearing has been resolved, the case can be confirmed.

   **WHEREFORE**, the Trustee respectfully requests that the Court take note of the aforementioned and deem the order in docket no. 63 complied.

   **CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney through CM-ECF notification system.

**NOTICE**

**14 day notice**: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**Respectfully submitted**,

In San Juan, Puerto Rico, this **November 27, 2020.**

/s/ **Nannette Godreau**

Staff Attorney
USDC No. 227310
**JOSÉ R. CARRIÓN-MORALES**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
ngodreau@ch13-pr.com
Tel: (787) 977-3535
Fax: (787) 977-3550